**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| LINDA WEST and VICKI WATSON as surviving natural children, next of kin, and wrongful death beneficiaries of ETHEL WALDRUP, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:10-cv-02064-JPM-dkv |
| AMERICARE LONG TERM SPECIALTY HOSPITAL, LLC d/b/a AMERICARE HEALTH AND REHABILITATION CENTER, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION
FOR LEAVE TO AMEND COMPLAINT**

Pending before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo, submitted October 12, 2010 (Docket Entry ("D.E.") 60), recommending that Plaintiffs' Motion for Leave to Amend Complaint (D.E. 46) be granted in part and denied in part.  No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety and GRANTS in part and DENIES in part Plaintiffs' Motion for Leave to Amend Complaint.

**SO ORDERED** this 27th day of October, 2010.

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE